| **Fill in this information to identify your case:** |
|---|
| United States Bankruptcy Court for the: |
| WESTERN DISTRICT OF TEXAS |
| Case number *(if known)* _____ Chapter **11** |

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy  4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **First River Energy, LLC** |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | FKA  First River Midstream, LLC |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 37-1779656 |
| 4. | **Debtor's address** | **Principal place of business** **1862 W. Bitters** **San Antonio, TX 78248** Number, Street, City, State & ZIP Code  **Bexar** County | **Mailing address, if different from principal place of business** _____ P.O. Box, Number, Street, City, State & ZIP Code  **Location of principal assets, if different from principal place of business** _____ Number, Street, City, State & ZIP Code |
| 5. | **Debtor's website** (URL) | |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) ☐ Partnership (excluding LLP) ☐ Other. Specify: _____ |

7. **Describe debtor's business**

    A. *Check one:*
    - ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
    - ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
    - ☐ Railroad (as defined in 11 U.S.C. § 101(44))
    - ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
    - ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
    - ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
    - ■ None of the above

    B. *Check all that apply*
    - ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
    - ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
    - ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

    C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.
    __2111__

8. **Under which chapter of the Bankruptcy Code is the debtor filing?**

    *Check one:*
    - ☐ Chapter 7
    - ☐ Chapter 9
    - ■ Chapter 11. *Check all that apply*:
        - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).
        - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
        - ☐ A plan is being filed with this petition.
        - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
        - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
        - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
    - ☐ Chapter 12

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

    - ■ No.
    - ☐ Yes.

    If more than 2 cases, attach a separate list.

    District _____ When _____ Case number _____
    District _____ When _____ Case number _____

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

    - ■ No
    - ☐ Yes.

    List all cases. If more than 1, attach a separate list

    Debtor _____ Relationship _____
    District _____ When _____ Case number, if known _____

| | | |
|---|---|---|
| **11.** | **Why is the case filed in *this district*?** | *Check all that apply:* |
| | | ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district. |
| | | ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |

| | | |
|---|---|---|
| **12.** | **Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ■ No |
| | | ☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed. |
| | | **Why does the property need immediate attention?** (*Check all that apply.*) |
| | | ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety. |
| | |    What is the hazard? _____ |
| | | ☐ It needs to be physically secured or protected from the weather. |
| | | ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options). |
| | | ☐ Other |
| | | **Where is the property?** _____ |
| | |    Number, Street, City, State & ZIP Code |
| | | **Is the property insured?** |
| | | ☐ No |
| | | ☐ Yes.  Insurance agency _____ |
| | |           Contact name _____ |
| | |           Phone _____ |

■ **Statistical and administrative information**

| | | |
|---|---|---|
| **13.** | **Debtor's estimation of available funds** | *Check one:* |
| | | ■ Funds will be available for distribution to unsecured creditors. |
| | | ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors. |

| | | | | |
|---|---|---|---|---|
| **14.** | **Estimated number of creditors** | ■ 1-49<br>☐ 50-99<br>☐ 100-199<br>☐ 200-999 | ☐ 1,000-5,000<br>☐ 5001-10,000<br>☐ 10,001-25,000 | ☐ 25,001-50,000<br>☐ 50,001-100,000<br>☐ More than100,000 |
| **15.** | **Estimated Assets** | ☐ $0 - $50,000<br>☐ $50,001 - $100,000<br>☐ $100,001 - $500,000<br>☐ $500,001 - $1 million | ☐ $1,000,001 - $10 million<br>■ $10,000,001 - $50 million<br>☐ $50,000,001 - $100 million<br>☐ $100,000,001 - $500 million | ☐ $500,000,001 - $1 billion<br>☐ $1,000,000,001 - $10 billion<br>☐ $10,000,000,001 - $50 billion<br>☐ More than $50 billion |
| **16.** | **Estimated liabilities** | ☐ $0 - $50,000<br>☐ $50,001 - $100,000<br>☐ $100,001 - $500,000<br>☐ $500,001 - $1 million | ☐ $1,000,001 - $10 million<br>■ $10,000,001 - $50 million<br>☐ $50,000,001 - $100 million<br>☐ $100,000,001 - $500 million | ☐ $500,000,001 - $1 billion<br>☐ $1,000,000,001 - $10 billion<br>☐ $10,000,000,001 - $50 billion<br>☐ More than $50 billion |

| | Request for Relief, Declaration, and Signatures |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **January 12, 2018**  
MM / DD / YYYY

X **/s/ Raymond W. Battaglia**  *   **Raymond W. Battaglia**  
Signature of authorized representative of debtor   Printed name

Title **Court Appointed Receiver**

*The information provided herein is to the best of my knowledge and ability as of today's date and will be amended as needed upon further investigation.

**18. Signature of attorney**

X **/s/ Eric Terry**   Date **January 12, 2018**  
Signature of attorney for debtor   MM / DD / YYYY

**Eric Terry 00794729**  
Printed name

**Eric Terry Law, PLLC**  
Firm name

**3511 Broadway**  
**San Antonio, TX 78209**  
Number, Street, City, State & ZIP Code

Contact phone **(210) 468-8274**   Email address **eric@ericterrylaw.com**

**00794729 TX**  
Bar number and State

Fill in this information to identify the case:

Debtor name __First River Energy, LLC__

United States Bankruptcy Court for the: __WESTERN DISTRICT OF TEXAS__

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors 12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐ *Schedule H: Codebtors* (Official Form 206H)
☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule*
■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __January 12, 2018__   X __/s/ Raymond W. Battaglia__ *
Signature of individual signing on behalf of debtor

**Raymond W. Battaglia**
Printed name

**Court Appointed Receiver**
Position or relationship to debtor

*The information provided herein is to the best of my knowledge and ability as of today's date and will be amended as needed upon further investigation.

Fill in this information to identify the case:

Debtor name: **First River Energy, LLC**

United States Bankruptcy Court for the: **WESTERN DISTRICT OF TEXAS**

Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — Total claim, if partially secured | Amount of claim — Deduction for value of collateral or setoff | Amount of claim — Unsecured claim |
|---|---|---|---|---|---|---|
| A&D Services<br>PO Box 70<br>Carrizo Springs, TX 78834 | | Trade debt | | | | $2,000.00 |
| AMID Trucking<br>2103 CityWest Blvd.<br>Bldg. #4, Ste. 800<br>Houston, TX 77042 | | Trade debt | | | | $0.00 |
| Deutsche Bank<br>c/o Toby Gerber<br>2200 Ross Ave., Ste. 3600<br>Dallas, TX 75201 | | | | Unknown | $0.00 | Unknown |
| Gulf Coast Gas Gathering<br>615 N. Upper Broadway St.<br>Corpus Christi, TX 78401 | | Trade debt | | | | $0.00 |
| Monroe Enterprises, Inc.<br>dba Deerfield Parke<br>Attn: Dan Monroe<br>1862 Bitters, Ste. 201<br>San Antonio, TX 78248 | | Non Residential Lease | | | | $0.00 |
| Pearsall Towing and Tires<br>1430 W. Comal St.<br>Pearsall, TX 78061 | | Trade debt | | | | $0.00 |
| Southern Tire Mart<br>800 Hwy 98<br>Columbia, MS 39429 | | Trade debt | | | | $3,074.03 |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Texas Wrecker Service**<br>**3449 Morgan Ave.**<br>**Corpus Christi, TX 78405** | | **Trade debt** | | | | $750.00 |
| **WolfePak**<br>**2901 S. First St.**<br>**Abilene, TX 79605** | | **Trade debt** | | | | $0.00 |

Debtor **First River Energy, LLC** Case number *(if known)*
Name

# United States Bankruptcy Court
## Western District of Texas

In re    **First River Energy, LLC**        Case No. _____
                                   Debtor(s)        Chapter    **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Court Appointed Receiver of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    **January 12, 2018**        **/s/ Raymond W. Battaglia** *
                                        **Raymond W. Battaglia/Court Appointed Receiver**
                                        Signer/Title

*The information provided herein is to the best of my knowledge and ability as of today's date and will be amended as needed upon further investigation.

A&D Services
PO Box 70
Carrizo Springs, TX 78834


Ageron Energy, LLC
Attn:  Bruce Gates
1250 NE Loop 410
San Antonio, TX 78209


American Shoreline, Inc.
Attn: John Heymann
802 N. Carancahua St., Ste. 1250
Corpus Christi, TX 78401


AMID Trucking
2103 CityWest Blvd.
Bldg. #4, Ste. 800
Houston, TX 77042


AWP Operating Company
Attn:  Barney Dishron
6104 Broadway, Ste. C1
San Antonio, TX 78209


C6 Operating LLC
220 Travis St., Ste. 502
Shreveport, LA 71101


Crimson Energy Partners IV, LLC
Attn:  Kyle Murdock
420 Commerce St., Ste. 200
Fort Worth, TX 76106


Deutsche Bank
c/o Toby Gerber
2200 Ross Ave., Ste. 3600
Dallas, TX 75201


Gulf Coast Gas Gathering
615 N. Upper Broadway St.
Corpus Christi, TX 78401


Herschap Bros.
PO Box 127
Bruni, TX 78344

Killam Oil Co., Ltd.
Attn: Harvey Hardwick
PO Box 499
Laredo, TX 78042


Lewis Petro Properties, Inc.
Attn: Weston Sharples
10101 Reunion Place, Ste. 1000
San Antonio, TX 78216


Monroe Enterprises, Inc.
dba Deerfield Parke
Attn: Dan Monroe
1862 Bitters, Ste. 201
San Antonio, TX 78248


Pearsall Towing and Tires
1430 W. Comal St.
Pearsall, TX 78061


PetroEdge Energy IV LLC
Attn: Larry Richard
2925 Briarpark Dr., Ste. 150
Houston, TX 77043


RLU Oil & Gas, Inc.
c/o Will Carter
3519 Paesanos Pkwy., Ste. 104
San Antonio, TX 78231


Southern Tire Mart
800 Hwy 98
Columbia, MS 39429


Teal Natural Resources, LLC
Attn: Erik Holt
8235 Douglas Ave., Ste. 1100
Dallas, TX 75225


Texas Wrecker Service
3449 Morgan Ave.
Corpus Christi, TX 78405

Texpata Pipeline Company
Attn: Harvey Hardwick
PO Box 499
Laredo, TX 78042


U.S. Energy Development Corporation
Attn: Douglas Walch
2350 North Forest Rd., Ste. 31B
Getzville, NY 14068


WolfePak
2901 S. First St.
Abilene, TX 79605